# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK WALLACE | CIVIL ACTION NO. 08-1674-P |
| VERSUS | JUDGE HICKS |
| STEVE RISNER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e).

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, on this 30th day of December, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE